# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Brenda Pearl,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:11cv00640 DDN |
| ) | |
| **St. Mary Parish,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On April 13, 2011, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Stephen N. Limbaugh, Jr., U.S. District Judge

Dated this 13th day of April, 2011.

                                            JAMES G. WOODWARD
                                            CLERK OF COURT

                                            By: /s/ Karen Moore
                                            Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 1:11cv0058 SNLJ.**